807 Dixon Drive
Richmond, VA 23224

By Certified Mail Return Receipt Requested
Return Receipt No. 7101 2780 0002 1639 4770
7010

January 25, 2012



Trans Union Background Data Solutions
5889 S. Greenwood Plaza Blvd., Suite 201
Greenwood Village, CO 80111

   Re:   Tyrone B. Henderson, Sr.
         SSN: 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, DOB: 01/10/1960

Dear Madam or Sir:

   Enclosed is my Credit Report Request Form. Please provide me a copy of my entire file with your company including a list of all companies who have requested or received my report. I am entitled to one free report every year.

   Separately, I am also writing to dispute inaccurate information that I believe you may have in your file. I have been through a series of problems with other companies that have mixed up my identity with criminal records from a total stranger from Westmoreland County, Pennsylvania. I am attaching a copy of those records from the Pennsylvania court. You can see that that Tyrone Henderson has a different social security number than mine and a different middle initial.

   Please investigate and correct your files to make certain that this and any other records or information for that total stranger are not in my file.

   Thank you.

                                         Sincerely,

                                         Tyrone B. Henderson, Sr.

Enclosure

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.30 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.60 |

Postmark: RICHMOND, VA / FOREST HILL STATION / JAN 26 2012 / USPS 01/26/2012

Sent To: Trans Union Background Data Solutions
Street, Apt. No.; or PO Box No.: 5889 S. Greenwood Plaza Blvd., Suite 201
City, State, ZIP+4: Greenwood Village, CO 80111

Article Number: 7010 2780 0002 1639 4770

PS Form 3800, August 2006 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Trans Union Background
    Data Solutions
    5889 S. Greenwood Plaza
    Blvd., Suite 201
    Greenwood Village, CO
    80111

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7010 2780 0002 1639 4770

PS Form 3811, February 2004 — Domestic Return Receipt — Henderson — 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Dale W. Pittman
112-A W. Tabb St.
Petersburg, VA 23803


FEB 01 2012

BP
3CC

# R OCATION ORDER OF COURT/S TENCE

COMMONWEALTH VS. __TYRONE HENDERSON__     CO# __4581 C 2004__

OTN _____

☐ PROBATION   ☐ PAROLE   ☐ ARD   ☐ PWOV   ☒ INTERMEDIATE PUNISHMENT

NOW __SEPTEMBER 17TH__, 20__08__, IT IS ORDERED THAT:

☐ CONTINUANCE GRANTED UNTIL:
  ☐ _____ BY MOTION OF _____. CURRENT TERMS AND CONDITIONS REMAIN IN EFFECT.
  ☐ DISPOSITION OF PENDING CHARGES. ADULT PROBATION TO NOTIFY COURT ADMINISTRATOR TO RESET HEARING. CURRENT TERMS AND CONDITIONS REMAIN IN EFFECT.

☐ ADULT PROBATION OFFICE INTEREST IN CASE IS CLOSED

☐ VIOLATION PETITION IS: WITHDRAWN / DISMISSED / DENIED

☐ ACTOR FAILED TO APPEAR BENCH WARRANT ISSUED.
  ☐ ACTOR TO BE DETAINED UNTIL ☐ NEXT AVAILABLE CMC, OR ☐ _____
  ☐ BENCH WARRANT LETTER/SURETY TO BE NOTIFIED.

☐ ACTOR FOUND IN VIOLATION AND ARD or PWV IS REVOKED.
  ☐ SET FOR: ☐ SENTENCING _____ ☐ TRIAL OR ☐ PLEA AT NEXT AVAIL. COURT TERM

☒ ACTOR FOUND IN VIOLATION AND PAROLE/PROBATION/(IP) IS REVOKED.

☐ COLLUQUY CONDUCTED AND PLEA ACCEPTED.

**DEFENDANT IS SENTENCED AS FOLLOWS:**

☐ PAY COSTS OF PROSECUTION, PERTINENT CONSTABLE FEES, A MONTHLY SUPERVISION FEE DURING TERM OF COURT SUPERVISION, AND COSTS OF TREATMENT OR OTHER ORDERED PROGRAMS AND A FINE OF $ _____.
ADULT PROBATION TO DETERMINE PAYMENT SCHEDULE FOR COSTS/FINES.

☐ ALL PRIOR CONDITIONS ARE TO REMAIN IN EFFECT ☐ COMMUNITY SERVICE FOR _____ HRS.

☐ SUPERVISION ☐ INTENSIVE SUPERVISION ☐ INTERMEDIATE PUNISHMENT FOR A

PERIOD OF _____ WITH COUNTY PROBATION DEPT.

☐ ACTOR IS TO ATTEND, PAY FOR AND SUCCESSFULLY COMPLETE THE ALCOHOL HIGHWAY SAFETY SCHOOL WITHIN SIX (6) MONTHS OF THIS ORDER.

☐ HAVE A DRUG & ALCOHOL EVALUATION and/or MENTAL HEALTH EVALUATION, FOLLOW (Circle one or both of the above) RECOMMENDED TREATMENT, AND PAY ASSOCIATED COSTS.
☐ SUSPENSION OF OPERATOR'S LICENSE FOR A PERIOD OF _____. ACTOR IS DIRECTED TO SURRENDER LICENSE TO THE CLERK OF COURTS FORTHWITH BY __/__/__

☐ DUI INTERVENTION GROUP AT _____
☐ TREATMENT WITH CASE MANAGEMENT AT: ALLEKISKI  MYRIAD  MON-VALLEY
☐ TREATMENT WITH _____

☐ SUBMIT TO RANDOM DRUG TESTING  ☐ ATTEND _____ NA/AA MEETINGS PER WEEK.

☒ INCARCERATED FOR A PERIOD OF NOT LESS THAN __4 mos__ NOR MORE THAN __23 mos__ AT ☒ WCP ☐ BUREAU OF CORRECTIONS ☐ OTHER

☐ WORK RELEASE GRANTED _____  ☐ CREDIT FOR TIME SERVED _____ days/mos.
☐ SERVE BALANCE OF MAXIMUM _____ MONTHS, LESS _____ TIME SERVED
☐ RE-PAROLE FORTHWITH
☐ ACTOR TO HAVE NO DIRECT/INDIRECT CONTACT WITH _____
☐ PURSUANT TO RULE 706(B) OF PA R.C.P., PAY $ _____ PER MONTH UNTIL ALL CHARGES ARE PAID IN FULL.

REMARKS/COMMENTS/ADDITIONAL CONDITIONS: **BENCH WARRANT VACATED**

_Complete IOP @ WCP_

BY THE COURT

_____ JUDGE

SIDE 2 OF 2
Rev. 9/1/05

[Stamp: 2010 FEB -2 PM 2: ... FROM ...ORD]

# WESTMORELAND COUNTY COURT OF COMMON PLEAS
*10th Judicial District of Pennsylvania*
*Clerk of Courts - Westmoreland County*
*2 North Main Street*
*Suite 203*
*Greensburg, PA 15601*

## SENTENCE & ORDER FOR TAXING COSTS

| CO#: CP-65-CR-0004581-2004 | Commonwealth of Pennsylvania v. Tyrone Henderson | |
|---|---|---|
| Defendant's Address: 319 Spring Street, Apartment 3, Latrobe, PA 15650 | Defendant's DOB: 01/10/1960<br>Defendant's SID:<br>Defendant's OTN: K0784302 | |
| Address Correction: | | |
| Judge: Richard E. McCormick Jr. | Bench Warrant Hearing | 09/17/2008 |

| CHARGE | SECTION | GRADE |
|---|---|---|
| 1 MANUF/DEL/POSS/W INT MANUF OR DEL | 35 § 780-113 §§ A30 | F |

Affiant(s): Michael A. Krahe
Attorney(s): ~~James R. Hopson, Esq~~ A. Powanda
~~Christopher A Haidze, Esq~~ Pro-Se
Court Assistant(s): Shirley D. Baker
Court Reporter(s): Shutak, Judith M.

FILED 2008 SEP 17 P 2:44
DAVID L PATTERSON
CLERK OF COURTS
WESTMORELAND COUNTY



CERTIFIED
3 COPIES

10 COPIES

SMW

D.J. DOCKET NO. CR-684-04

COMMONWEALTH OF PENNSYLVANIA
V.
TYRONE HENDERSON

ADDRESS: 1630 3RD AVENUE
ARNOLD PA 15068

S.S.#:
D.O.B.: 10/1/1960
PHONE #: (    )
DEFENDANT IN JAIL? YES
IF YES, NAME JAIL Westmoreland County

COMMON PLEAS NO. CR-4581-2004

CHARGES: POSS OF CONTROLLED SUBSTANCE
POSS WITH INTENT TO DELIVER

PROSECUTOR & ADDRESS: PTLM. MICHAEL KRAHE
ARNOLD POLICE DEPT.
601 DREY STREET, ARNOLD, PA 15068
DATE COMPLAINT FILED: 9/23/2004
PRELIMINARY HEARING DATE: 10/21/04 (WAIVED)

---

**YOU MUST APPEAR FOR A COURT ARRAIGNMENT OR HEARING FOR A NEGOTIATED AGREEMENT ON:**

DATE: 12/10/04 (FRIDAY)   WHERE: COURTHOUSE, GREENSBURG, PA
JUDGE: Pezze              COURTROOM # 3 AT 8:30 A.M.

---

You MUST appear for court arraignment on the above charge(s) unless you and your attorney sign and file a waiver of arraignment form.

You CANNOT waive court arraignment if a negotiated agreement was reached with the District Attorney at your preliminary hearing. You MUST appear on the above date for the negotiated agreement to be accepted by the Court.

Failure to appear for court arraignment/negotiated agreement will result in forfeiture of your bond, and you will be placed in jail.

You MUST notify the Clerk of Courts in writing of any change of address. Failure to do so may result in your arrest. Send notification to:   Clerk of Courts
2 North Main Street
Greensburg, PA 15601

I, the undersigned Defendant, acknowledge that I have received notice of my court arraignment date and time at which I must appear.

DATE: 10/21/04     DEFENDANT SIGNATURE: [signature]

### YOUR RIGHTS AS A DEFENDANT - PLEASE READ CAREFULLY

You are entitled to know the nature of the charges filed against you and the range of penalties which may be imposed. You are presumed innocent and before you can be found guilty at a trial by a jury or a judge, the Commonwealth must prove your guilt beyond a reasonable doubt. You have an absolute right to a trial by a jury of twelve individuals. You and your attorney will have the right to participate in the selection of these 12 jurors from individuals who are your peers. All 12 jurors must unanimously agree upon your guilt for you to be found guilty.

You also have a right to a trial before a judge without a jury. In such case, the judge would be bound by the same rules of evidence, the same law, and the same burden of proof as in a trial with a jury. The judge would act as the judge and the jury in deciding your guilt or innocence. You have a right to confront your accusers and cross-examine those individuals presented by the Commonwealth to testify against you. You have a right to subpoena individuals and require them to appear in Court to testify under oath. You cannot be compelled to take the witness stand and testify against yourself.

You are entitled to have an attorney represent you and advise you at all stages of the criminal proceedings. IF YOU ARE INDIGENT AND CANNOT AFFORD AN ATTORNEY, WESTMORELAND COUNTY WILL PROVIDE YOU WITH A PUBLIC DEFENDER. IF YOU DESIRE SUCH REPRESENTATION, AND YOU QUALIFY FOR SUCH REPRESENTATION, PLEASE CONTACT THE PUBLIC DEFENDER'S OFFICE AT THE COURTHOUSE IMMEDIATELY.

DJ32 REV 3/10/99   WHITE - CLERK OF COURT     YELLOW - DISTRICT JUSTICE     PINK - DEFENDANT

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF:** Westmoreland

**POLICE CRIMINAL COMPLAINT**

Magisterial District Number: 10-01-05
District Justice Name: Hon. Frank J. Pallone, Jr.
Address: 1100 Fourth Avenue
New Kensington, PA 15068
Telephone: (724) 335-5050

FZ
SEP 23 2004

**COMMONWEALTH OF PENNSYLVANIA**
**VS.**
**DEFENDANT:**
NAME and ADDRESS
Tyrone Henderson
1630 3rd Ave.
Arnold, PA 15068

Docket No.: CR-684-04
Date Filed: 9/23/04
OTN: K 078430-2

| Defendant's Race/Ethnicity | Defendant's Sex | Defendant's D.O.B. | Defendant's Social Security Number | Defendant's SID |
|---|---|---|---|---|
| ☐ White ☐ Asian ☒ Black ☐ Hispanic ☐ Native American ☐ Unknown | ☐ Female ☒ Male | 01/10/1960 | | |

| Defendant's A.K.A. (also known as) | Defendant's Vehicle Information: Plate Number  State  Registration Sticker(MM/YY) | Defendant's Driver's License Number  State |
|---|---|---|
| | | |

| Complaint/Incident Number | LiveScan Tracking Number | Complaint/Incident Numbers if other Participants | UCR/NIBRS Code |
|---|---|---|---|
| BN5017404T | | | |

Office of the Attorney for the Commonwealth ☐ Approved ☐ Disapproved because: _____

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. Pa.R.Cr.P. 507.)

_____
(Name of Attorney for Commonwealth - Please Print or Type)    (Signature of Attorney for Commonwealth)    (Date)

I, Ptlm. Michael A. Krahe, 25
(Name of Affiant-Please Print or Type)    (Officer Badge Number/I.D.)
of Arnold Police Department    PA0651400
(Identify Department or Agency Represented and Political Subdivision)    (Police Agency ORI Number)    (Originating Agency Case Number(OCA))

do hereby state: (check the appropriate box)

1. ☒ I accuse the above named defendant, who lives at the address set forth above
   ☐ I accuse an defendant whose name is unknown to me but who is described as _____

   ☐ I accuse the defendant whose name and popular designation or nickname is unknown to me and whom I have therefore designated as John Doe
   with violating the penal laws of the Commonwealth of Pennsylvania at 1600 Blk. Cherry Alley
   Arnold, PA    (Place-Political Subdivision)
   in Westmoreland County on or about 9-13-04 1100 hours
   Participants were: (if there were participants, place their names here, repeating the name of the above defendant)
   Tyrone Henderson

2. The acts committed by the accused were:

   Title 35, Health and Safety, Chapter 6 Drugs, Poisons and Dnagerous Stubsances The Controlled Substance, Drug, Device and Cosmetic Act
   Section 780-113(a) Prohibited Acts; Penalties Sub Section (30) Manufacture, Deliver, Possess With Intent To Deliver a Controlled Substance

   IN THAT, on or about said date, THE DEFENDANT, not being registered under the Controlled Substance, Drug, Device and Cosmetic Act, nor a practitioner registered or licensed by the appropriate State board, did knowingly possess with intent to deliver, manufacture, or create, suspected crack cocaine, a controlled or counterfeit substance, in violation of Section 780-113(a)(30) of Title 35, the PA Controlled Substance, Drug, Device and Cosmetic Act. (Title 35 780-113(a)(30))

   IN THAT, on or about said date, THE DEFENDANT, not being registered under

ACPC 412A-(4/01)(reproduction)    1-3

| Defendant Name: Tyrone Henderson |
|---|
| Docket Number: CR-684-04 |



**POLICE CRIMINAL COMPLAINT**

the Controlled Substance, Drug, Device and Cosmetic Act, nor a practitioner registered or licensed by the appropriate State board, did knowingly deliver a controlled or counterfeit substance, namely, suspected crack cocaine, to officer Moore, in violation of Section 780-113(a)(30) of Title 35, the PA Controlled Substance, Drug, Device and Cosmetic Act. (Title 35 780-113(a)(30))
Title 35, Health and Safety, Chapter 6 Drugs, Poisons and Dangerous Substances, The Controlled Substance, Drug, Device and Cosmetic Act
Section 780-113(a) Prohibited Acts; Penalties Sub Section (16) Possession of Controlled or Counterfeit Substance

IN THAT, on or about said date, THE DEFENDANT, not being registered under the Controlled Substance, Drug, Device and Cosmetic Act, nor a practitioner registered or licensed by the appropriate State Board, and not obtained by a valid prescription order or order of a practitioner, did knowingly or intentionally possess a controlled or counterfeit substance, in violation of Section 780-113(a)(16) of the PA Controlled Substance, Drug, Device and Cosmetic Act. (Title 35, 780-113(a)(16))



2010 FEB 12 PM 2:23

all of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of

| | (Section) | (Subsection) | of the | (PA Statute) | (counts) |
|---|---|---|---|---|---|
| 1. | 780-113 | (a)(30) | of the | Title 35 | 1 |
| 2. | 780-113 | (a)(16) | of the | Title 35 | 1 |
| 3. | | | of the | | |
| 4. | | | of the | | |

3. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made. (In order for a warrant of arrest to issue, the attached affidavit of probable cause must be completed and sworn to before the issuing authority.)

4. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code(18 PA. C.S. § 4904) relating to unsworn falsification to authorities.

_____September 23_____ , 2004         _____ 75
                                        (Signature of Affiant)

AND NOW, on this date _____September 23_____ , 2004 I certify the complaint has been properly completed and verified. An affidavit of probable cause must be completed in order for a warrant to issue.

_____10-1-05_____                       _____ SEAL
(Magisterial District)                  (Issuing Authority)

AOPC 412-(4/96B)(reproduction)                    2-3

| | | |
|---|---|---|
| **Defendant Name:** Tyrone Henderson |  | **POLICE** |
| **Docket Number:** CR-684-04 | | **CRIMINAL COMPLAINT** |

## AFFIDAVIT of PROBABLE CAUSE

Comp./Inc. No. BN5017404T

On 9-13-04 members of the Westmoreland County Drug Task Force met to perform a detail targeting street level crack cocaine dealers in the City of Arnold, PA. The detail had undercover officers attempting to purchase off of these known individuals. Officer Moore, acting in an undercover fashion, came across a black male wearing tan colored pants and a light colored dress type sweater. Officer Ondo of the Arnold Police identified this individual as a Tyrone Henderson. I advised Moore that he could go ahead with a purchase from Howard. Moore found Henderson in the 1600 Blk. of Cherry Alley. Moore also added that Henderson had a lazy eye type handicap. Henderson asked Moore what he wanted. Moore stated he wanted a 20 piece. Henderson gave Moore numerous small pieces of suspected crack cocaine. Moore paid Henderson with a pre-recorded $20 bill. Henderson then walked away and Moore drove away.

I respectfully request a warrant be issued for the arrest of the above mentioned individual.

2010 FEB 12 PM 2: 23

I, Ptlm. Michael A. Krahe, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
(Signature of Affiant)

Sworn to me and subscribed before me this __23__ day of __September__, 2004



9/23/04  Date _____

My commission expires first Monday of January, _____.

AOPC 412C-(11/24/99)(reproduction)    3-3

# ORDER OF COURT/SENTENCE

B

COMMONWEALTH VS. *Tyrone W Henderson*    CO# *541 C 07*

OTN _____

☐ JURY TRIAL ☐ GUILTY PLEA ☐ HEARING
☐ NON-JURY TRIAL ☐ PWOV ☐ STATUS    ☐ OTHER _____

NOW *March 23*, 20 *07*, THE ACTOR IS ORDERED TO:

☒ PAY COSTS OF PROSECUTION, PERTINENT CONSTABLE FEES, EMSA FEE, MCARE FUND SURCHARGE, A MONTHLY SUPERVISION FEE DURING TERM OF COURT SUPERVISION, AND COSTS OF TREATMENT OR OTHER ORDERED PROGRAMS. ADULT PROBATION TO DETERMINE PAYMENT SCHEDULE FOR COSTS/FINES.

☐ PAY RESTITUTION OF $ _____
AS DOCUMENTED ON THE VICTIM RESTITUTION CLAIM FORM MADE PART OF THE RECORD, OR JOINT AND SEVERALLY WITH:

_____

LAB FEES: _____

☐ PAY A FINE OF $ _____    ☐ SAEDRF $ _____

**THE FOLLOWING TERMS ARE ALSO ORDERED:**

☐ HAVE A DRUG & ALCOHOL EVALUATION and/or MENTAL HEALTH EVALUATION, FOLLOW (circle one or both of the above) RECOMMENDED TREATMENT, AND PAY COSTS.
☐ MEGAN'S LAW REGISTRATION ☐ MEGAN'S LAW ASSESSMENT ☐ DNA SAMPLE TAKEN AND PAY FOR COSTS
☐ PROVIDE PHOTO & FINGERPRINT TO PA STATE POLICE PURSUANT TO MEGAN'S LAW.
☐ PRE-TRIAL SERVICES SUPERVISION
☐ DEFENDANT HAS A LICENSE TO CARRY FIREARMS ISSUED BY _____ COUNTY
☐ SUPERVISION FOR A PERIOD OF _____ MONTHS/YEARS
  WITH ☐ COUNTY PROBATION DEPT ☐ STATE PROBATION/PAROLE
☒ INCARCERATION FOR A PERIOD OF NOT LESS THAN *48 hrs* NOR MORE THAN *6 mo* AT: ☒ W.C.P. ☐ BUREAU OF CORRECTIONS ☐ OTHER _____
☒ SENTENCE TO COMMENCE ☐ FORTHWITH ☒ ON *March 30, 07 @ 5:00 PM*
☐ WORK RELEASE GRANTED _____ ☐ CREDIT FOR TIME SERVED _____ DAYS/MONTHS
☐ PAROLE BASED ON A VERIFIED RELEASE PLAN AND CONDUCT AT THE END OF MINIMUM SENTENCE
☐ SENTENCING JUDGE RETAINS PAROLE AUTHORITY AND SUPERVISION
☐ SENTENCE DEFERRED PENDING PRESENTENCE INVESTIGATION BY:
  ☐ WESTMORELAND COUNTY ☐ PA BOARD OF PROBATION/PAROLE
☒ ACTOR TO HAVE NO DIRECT/INDIRECT CONTACT WITH *Frank Nicholson*
☐ VICTIM NOTIFIED OF or PRESENT IN COURT FOR HEARING/PLEA AGREEMENT
☐ ACTOR FAILED TO APPEAR; BENCH WARRANT/BAIL PIECE ISSUED
  ☐ ACTOR TO BE DETAINED UNTIL ☐ NEXT AVAILABLE CMC, OR ☐ _____
☐ BENCH WARRANT LETTER/SURETY TO BE NOTIFIED.
☐ CONTINUANCE GRANTED UNTIL _____ BY MOTION OF _____
☐ CONTRABAND SEIZED TO BE FORFEITED TO AND DESTROYED BY _____
  AT THE END OF THE APPLICABLE APPEAL PERIOD
☒ COLLOQUY CONDUCTED ☒ PLEA/PWOV ACCEPTED ☒ APPEAL RIGHTS GIVEN

REMARKS/COMMENTS/ADDITIONAL CONDITIONS _____

*Ct 1 & 2 C/W moves to dismiss granted*

_____

Ct 3

Release April 1, 07 5pm

BY THE COURT:

_____ JUDGE

SIDE 2 OF 2
REV. 1/4/07

# WESTMORELAND COUNTY COURT OF COMMON PLEAS
### 10th Judicial District of Pennsylvania
### Clerk of Courts - Westmoreland County
### 2 North Main Street
### Suite 203
### Greensburg, PA 15601

## SENTENCE & ORDER FOR TAXING COSTS

| CO#: CP-65-CR-0000541-2007 | Commonwealth of Pennsylvania v. Tyrone D. Henderson |
|---|---|
| Defendant's Address: 118 W 4th Ave APT 304 Derry, PA 15627 | Defendant's DOB: 01/10/1960<br>Defendant's SID: 127-38-71-4<br>Defendant's OTN: K4228895 |
| Address Correction: | |

| Judge: Richard E. McCormick Jr. | Plea Court | | 03/23/2007 |
|---|---|---|---|
| CHARGE | | SECTION | GRADE |
| 1 Forgery-Unauthorized Act In Writing | | 18 § 4101 §§ A2 | F3 |
| 2 Theft By Unlaw Taking-Movable Prop | | 18 § 3921 §§ A | M2 |
| 3 Theft By Unlaw Taking-Movable Prop | | 18 § 3921 §§ A | M3 |

FILED 2007 MAR 23 A [illegible]
DAVID [illegible]
CLERK OF COURTS
WESTMORELAND COUN[TY]

Affiant(s): James Vincent Friscarella
Attorney(s): ~~Pat Merlino~~ T Grace Pro Se
Court Assistant(s): Debra C. Lohr
Court Reporter(s): Shutak, Judith M.



| COMMONWEALTH OF PENNSYLVANIA | | POLICE |
|---|---|---|
| COUNTY OF: Westmoreland | | CRIMINAL COMPLAINT |

| Mag. Dist. Number: | 10-3-08 |
|---|---|
| MDJ Name: Hon. | MARK J. BILIK |
| Address: | 5092 RT.982 |
| | BRADENVILLE PA.15620 |
| Telephone: | (724)539-7200 |

| Docket No.: | |
| Date Filed: | |
| OTN: | |

**COMMONWEALTH OF PENNSYLVANIA**
**VS.**
**DEFENDANT:**
NAME and ADDRESS

Tyrone D. Henderson
118 West 4th Ave APT 304
Derry, PA 15627
724-516-4675

| Defendant's Race/Ethnicity | Defendant's Sex | Defendant's D.O.B. | Defendant's Social Security Number | Defendant's SID |
|---|---|---|---|---|
| ☐ White ☐ Asian ☒ Black ☐ Hispanic ☐ Native American ☐ Unknown | ☐ Female ☒ Male | 01/10/1960 | 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 | |

| Defendant's A.K.A.(also known as) | Defendant's Vehicle Information: Plate Number | State | Registration Sticker(MM/YY) | Defendant's Driver's License Number State PA 22 540 727 |
|---|---|---|---|---|

| Complaint/Incident Number 2007-000066 | LiveScan Tracking Number | Complaint/Incident Numbers if other Participants | UCR/NIBRS Code |
|---|---|---|---|

Office of the Attorney for the Commonwealth ☐ Approved ☐ Disapproved because: _____
(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. Pa.R.Cr.P. 507.)

_____
(Name of Attorney for Commonwealth - Please Print or Type)    (Signature of Attorney for Commonwealth)    (Date)

I, SGT. James Friscarella                                                                                02
   (Name of Affiant-Please Print or Type)                                                  (Officer Badge Number/I.D.)

of Derry Borough Police Department                            PA0651500
   (Identify Department or Agency Represented and Political Subdivision)  (Police Agency ORI Number)  (Originating Agency Case Number(OCA))

do hereby state:(check the appropriate box)

1. ☒ I accuse the above named defendant, who lives at the address set forth above
   ☐ I accuse an defendant whose name is unknown to me but who is described as _____

   ☐ I accuse the defendant whose name and popular designation or nickname is unknown to me and whom I have therefore designated as John Doe
   with violating the penal laws of the Commonwealth of Pennsylvania at   118 West 4th Ave APT 306
   Derry, PA 15627
   in   Westmoreland   County on or about   January 15th, 2007

   Participants were: (if there were participants, place their names here, repeating the name of the above defendant)
   Tyrone D. Henderson

2. The acts committed by the accused were:
   PACC 4101(a)(2) Forgery

   IN THAT, on or about said date, THE DEFENDANT made, completed, executed, authenticated, issued or transferred a writing so that it purported to be the act of another, namely, Frank Nicholson, who did not authorize that act, or to have been executed at a time or place or in a numbered sequence other than was in fact the case, or a copy of an original when no such original existed," did sign the victims name to his check without his consent, with intent to defraud or injured Frank Nicholson, in violation of Section 4101(a)(2) of the PA Crimes Code. (18 P.S. 4101(a)(2))

AOPC 412A-05 (reproduction)                                                   1-3

| Defendant Name: | Tyrone D. Henderson |
|---|---|
| Docket Number: | |

# POLICE CRIMINAL COMPLAINT

**PACC 3921(a) Theft by Unlawful Taking or Disposition**

IN THAT, on or about said date, THE DEFENDANT did unlawfully take or exercise unlawful control over movable property, namely, a personal check in the amount of $50.00, belonging to Frank Nicholson, with the intent to deprive the owner thereof, in violation of Section 3921(a) of the PA Crimes Code.

**PACC 3925(a) Receiving Stolen Property**

IN THAT, on or about said date, THE DEFENDANT did intentionally receive, retain or dispose of movable property, namely, a Personal Check in the amount of $50.00, belonging to Frank Nicholson, with no intent to restore it to the owner, knowing that such property was stolen, or believing that

all of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of

| | (Section) | (Subsection) | | (PA Statute) | (counts) |
|---|---|---|---|---|---|
| 1. | 4101 | (a)(2) | of the | PA Crimes Code | 1 |
| 2. | 3921 | (a) | of the | PA Crimes Code | 1 |
| 3. | 3925 | (a) | of the | PA Crimes Code | 2 |
| 4. | | | of the | | 0 |

3. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made. (In order for a warrant of arrest to issue, the attached affidavit of probable cause must be completed and sworn to before the issuing authority.)

4. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) relating to unsworn falsification to authorities.

_____ , _____  Sgt _____
(Signature of Affiant)

AND NOW, on this date _____, I certify the complaint has been properly completed and verified. An affidavit of probable cause must be completed in order for a warrant to issue.

_____  _____  SEAL
(Magisterial District)  (Issuing Authority)

AOPC 412-(4/968)(reproduction)  2-3

(Continuation of 2.)

Defendant Name: Tyrone D. Henderson
Docket Number:

**POLICE CRIMINAL COMPLAINT**

Comp./Inc. No. 2007-000066

It had probably been stolen, in violation of Section 3925(a) of the PA Crimes Code.

2010 FEB 12 PM 2:22

all of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of

| | (Section) | (Subsection) | of the (PA Statute) | 0 (counts) |
|---|---|---|---|---|
| 1. | | | | 0 |
| 2. | | | | 0 |
| 3. | | | | 0 |
| 4. | | | | 0 |

3. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made. (In order for a warrant of arrest to issue, the attached affidavit of probable cause must be completed and sworn to before the issuing authority.)

4. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code(18 PA. C.S. § 4904) relating to unsworn falsification to authorities.

_____, _____  Sgt. _____
(Signature of Affiant)

AND NOW, on this date _____, _____ I certify the complaint has been properly completed and verified. An affidavit of probable cause must be completed in order for a warrant to issue.

_____  _____  SEAL
(Magisterial District)       (Issuing Authority)

AOPC 412-(4/968)(reproduction)       2-3

| Defendant Name: Tyrone D. Henderson |
|---|
| Docket Number: |



**POLICE CRIMINAL COMPLAINT**

## AFFIDAVIT of PROBABLE CAUSE

Comp./Inc. No.   2007-000066

On January 23, 2007 at 1620 hours I, SGT. James Friscarella was dispatched to 118 West 4th Ave Apt 306 for a report of forgery and theft.

On arrival I spoke with Frank Nicholson who informed me that he was contacted by his bank regarding a check that was written out. Mr. Nicholson stated that he received a cancelled check that he did not authorize to be written out or cashed. He stated that the check in question was number 1310 and for the amount of $50.00. The check was also written out to Tyrone D. Henderson. Mr. Nicholson also stated that did not sign that check and it was not his signature. He did also inform me that he would like to press charges against Tyrone.

At 2100 hours I was able to speak with Mr. Henderson regarding this incident. He stated that he did indeed cash the check in question and sign Mr. Nicholson's name, but he did it with Mr. Nicholson's permission.

2010 FEB 12 PM 2:23

I, SGT. James Friscarella, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Sgt. _____
(Signature of Affiant)

Sworn to me and subscribed before me this _____ day of _____, _____.

_____, Magisterial District Judge

My commission expires first Monday of January, _____.       SEAL

AOPC 412C-05 (reproduction)                    3-8

Commonwealth of Pennsylvania
Court of Common Pleas
County of Westmoreland
10th Judicial District



**RECEIPT**

Receipt Number: 65-2010-R6220
Recorded Date: 02/12/2010 01:58PM
Receipt Date: 02/12/2010

**Payor:** Tyrone D. Henderson
219 Main Street
Apartment 4
Latrobe, PA 15650

**Payable to:** Clerk of Courts - Westmoreland County
2 North Main Street
Suite 203
Greensburg, PA 15601

**Payment Source: Window**

| Payment Date | Payment Method | Check / Money Order Number | Bank Transit Number | Void | Payment Amount |
|---|---|---|---|---|---|
| 02/12/2010 | Master Card | | 055738 | No | $9.00 |

**Items Receipted:**

**Responsible Participant: Tyrone D. Henderson**

*Docket Number: CP-65-CR-0000541-2007*       *Short Caption: Comm. v. Henderson, Tyrone D.*

| Items Receipted | Original Assessment | Beginning Balance | Transaction Type | Amount Paid | Ending Balance |
|---|---|---|---|---|---|
| Copies (Westmoreland) - CTY - 65 | $9.00 | $9.00 | Payment | ($9.00) | $0.00 |
| ATJ - COMM - ATJ | $2.00 | $0.00 | | $0.00 | $0.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) - COMM - CST1 | $8.60 | $8.60 | | $0.00 | $8.60 |
| County Court Cost (Act 204 of 1976) - CTY | $27.90 | $27.90 | | $0.00 | $27.90 |
| Crime Victims Compensation (Act 96 of 1984) - COMM - CVC | $35.00 | $0.00 | | $0.00 | $0.00 |
| Domestic Violence Compensation (Act 44 of 1988) - COMM - DVC | $10.00 | $10.00 | | $0.00 | $10.00 |
| Firearm Education and Training Fund (158 of 1994) - COMM - FETA | $5.00 | $5.00 | | $0.00 | $5.00 |
| Judicial Computer Project - COMM - JCP | $8.00 | $0.00 | | $0.00 | $0.00 |
| LCP Fee (Westmoreland) - CTY - 65 | $5.00 | $5.00 | | $0.00 | $5.00 |
| State Court Costs (Act 204 of 1976) - COMM - COST | $10.00 | $10.00 | | $0.00 | $10.00 |
| Trial Fee (Westmoreland) - CTY - 65 | $189.85 | $189.85 | | $0.00 | $189.85 |
| Victim Witness Service (Act 111 of 1998) - COMM - VWS | $25.00 | $0.00 | | $0.00 | $0.00 |
| **TOTALS** | **$335.35** | **$265.35** | | **($9.00)** | **$256.35** |

**Total Amount Owed by Responsible Participant on this case:**       **$256.35**

*Next Payment Due Date: 02/28/2010*       *Next Payment Amount: $5.00*

**Total Amount Owed by Responsible Participant on all non-archived cases in this Court:**       **$4,801.85**

---

AOPC 2128 - 2010 REV. 02/12/2010       02/12/2010 1:58:51PM